# EXHIBIT "A"

# EXHIBIT "A"

Case: 12-05241   Doc# 1-1   Filed: 12/19/12   Entered: 12/19/12 13:26:47   Page 1 of 2



Wells Fargo Card Services
P.O. Box 9210
Des Moines, Iowa 50306

October 19, 2012

Lorinda Corroal
3939 FORESTWOOD DR
SAN JOSE, CA 951211119

Subject: Notification of set-off against deposit account number ending in 4153
Credit card account balance: $ 3,782.06

Dear Lorinda Corroal:

This letter is to let you know that on October 19, 2012 we debited your deposit account noted above for $960.38 and applied it to your credit card account number ending in 1085. This transaction is known as a 'set-off.'

The balance in the Deposit account before this action was $1,961.38. The balance after set-off is $1,001.00. The balance of your credit card account prior to set-off was $4,742.44. The balance after set-off is $3,782.06.

Per the terms of your Customer Agreement and Disclosure Statement, you are still responsible for the remaining balance after this set-off.

If you have questions, any one of our representatives can help you at 1-877-730-8978, Monday through Friday, 8 a.m. to 5 p.m., Central Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Sincerely,

*Beth Lovett*

Beth Lovett
Collections Manager
Recovery Department
Wells Fargo Card Services

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that the information obtained will be used for that purpose.