# Notice Recipients

District/Off: 0971–5     User: awong2     Date Created: 12/19/2012
Case: 12–05241     Form ID: pdfeoapc     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Geoff Wiggs     ECF@wiggslaw.com

TOTAL: 1