# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: awong2 | Date Created: 12/19/2012 |
| Case: 12–05241 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Geoff Wiggs     ECF@wiggslaw.com

TOTAL: 1